UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/05/2021
```

FRANKIE MONEGRO, *on behalf of himself and all others similarly situated*,

        Plaintiff,

v.

PREFERRED POPCORN, LLC,

        Defendant.

No.  20-CV-10985 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This action was filed on December 28, 2020—more than 90 days ago. The complaint and summons have apparently not been served. "The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed R. Civ. P. 4(c)(1). "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

    Plaintiff is hereby ordered to complete service and to submit proof of service on the docket before April 16, 2021. Failure to do so will result in dismissal of this action.

SO ORDERED.

Dated:    April 5, 2021
           New York, New York

                                      Ronnie Abrams
                                      United States District Judge